## MARY TROSSEN v. ADAM PETER TROSSEN.[1]

June 9, 1911.

Nos. 17,052—(143).

**Divorce — findings supported by evidence.**

Action in the district court for Pine county for absolute divorce and for alimony. The complaint alleged wilful desertion and failure to provide plaintiff with the necessaries of life. The answer denied those allegations and alleged that on December 1, 1904, defendant left home to work in St. Paul at the special instance and request of plaintiff. The reply was a general denial. The case was tried before Stolberg, J., who made findings of fact and as conclusion of law found that plaintiff was entitled to judgment granting her absolute divorce; that she have the custody of the minor child Anton, and that defendant pay her the sum of eight dollars per month for the care and support of the child until he became of the age of seventeen years; and that defendant pay plaintiff the sum of $200 as alimony. From an order denying defendant's motion for a new trial, he appealed. Affirmed.

*Schmidt & Waters,* for appellant.
*Ottocar Sobotka,* for respondent.

[1]Reported in 131 N. W. 1135.

PER CURIAM.

Action for divorce on the ground of desertion. Plaintiff had judgment, and defendant appealed from an order denying a new trial. The only substantial question presented by the record is whether the evidence supports the findings of the trial court. We have read the record with care, and conclude that the trial court was fully justified in granting the relief which was awarded plaintiff. The assignments of error challenging rulings and remarks of the trial court during the trial of the action present no serious or important question. We find no reversible error in the record, and the order appealed from is affirmed.